UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIDNEY THEODORE SCARLETT,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No. 16-CV-05418-LHK<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL** |

Plaintiff has filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i). Defendant has not filed an answer or a motion for summary judgment, and therefore Plaintiff's Rule 41(a) motion is proper.

A notice of voluntary dismissal pursuant to Rule 41(a) deprives the Court of jurisdiction over the action. *See Commercial Space Management Co. Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1075 (9th Cir.1999) ("[O]nce a notice of voluntary dismissal is filed, the district court in which the action is pending loses jurisdiction."); *American Soccer Co. Inc., v. Score First Enterprises*, 187 F.3d 1108,1109 (9th Cir.1999) ("Such a dismissal leaves the parties as though no action had been brought."). Therefore, the Court lacks jurisdiction to decide any motions pending in the case, including Defendants' pending motion to declare Plaintiff a vexatious litigant. ECF No. 11.

1

Case No. 16-CV-05418-LHK
ORDER GRANTING VOLUNTARY DISMISSAL

1    The Court therefore DISMISSES the instant action without prejudice. The Clerk shall
2 close the file.
3 **IT IS SO ORDERED.**

5 Dated: November 23, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge